# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 25, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

161118-9(66)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

*In re* GUARDIANSHIP OF ORTA, Minors.
_____

MARIA ORTA,
        Petitioner-Appellee,

v

        SC: 161118; 161119
        COA: 346399; 346400
        Delta PC: 15-021724-GM;
                  15-021725-GM

LISA KEENEY, Guardian,
        Respondent-Appellant.
_____/

      On order of the Chief Justice, the motion of petitioner-appellee to extend the time for filing her answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before May 4, 2020.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 25, 2020



Clerk